UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ | § | |
| | § | **CIVIL ACTION NO: 2:20-CV-119** |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| ROBSTOWN TRUCK & FOOD | § | |
|    STOP, INC. | § | |
| | § | |
| **Defendant** | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal, in accordance with FRCP Rule 41(a)(1) (A)(i).

DATED: AUGUST 26, 2020       Respectfully submitted,

By:   /s/ R. Bruce Tharpe
       R. Bruce Tharpe

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)

ATTORNEY OF RECORD FOR
PLAINTIFF NAVIDAD MARTINEZ

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on August 26, 2020, I mailed a copy of this Notice of Voluntary Dismissal to Defendant's Registered Agent at: Azeem A. Noorani, who can be served at 950 Hwy 77 South, Robstown, TX 78380. I also certify that this Motion was served on all parties of record via the SDTX_USDC electronic case filing system.

1

/s/ R. Bruce Tharpe
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF NAVIDAD MARTINEZ