United States District Court
Southern District of Texas
**ENTERED**
August 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NAVIDAD MARTINEZ, §<br>§<br>Plaintiff, §<br>VS. §<br>§<br>ROBSTOWN TRUCK & FOOD STOP §<br>INC, §<br>§<br>Defendant. | CIVIL ACTION NO. 2:20-CV-119 |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1). (D.E. 14). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to the Plaintiff's Notice of Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SIGNED and ORDERED this 27th day of August 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE